Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Tel.: 650.592.5400
Fax: 650.592.5027
Email: rgrotch@chdlawyers.com

Min K. Kang, Esq. – SBN 246904
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
520 Broadway, Second Floor
Santa Monica, CA  94401
Tel.:   310.981.4920
Fax.:   650.592.5027
Email: mkang@chdlawyers.com

**ATTORNEYS FOR** Defendant
Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ATEF BANDARY,<br><br>           Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, Inc., a corporation;<br><br>           Defendant. | Case No.  5:17-cv-1065 DSF AS<br><br>NOTICE OF DEFENDANT DELTA AIR LINES, INC.'S MOTION TO STRIKE THE SECOND CLAIM FOR RELIEF AND DISMISS THE CLAIM FOR PUNITIVE DAMAGES, ASSERTED IN PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF DOC. 53)<br><br>Date:         January 22, 2018<br>Time:         1:30 p.m.<br>Courtroom:   7D<br><br>Honorable Dale S. Fischer<br>United States District Judge |

TO PLAINTIFF ATEF BANDARY AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 22, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 7D of the United States Courthouse, located at 350 West First Street, Los Angeles, CA 90012, defendant Delta Air Lines, Inc. ("Delta") will move the Court for an order striking plaintiff's second claim for relief (for malicious prosecution) from the third amended complaint ("TAC") and dismissing his claim for punitive damages from the TAC.

Delta's motion to strike the second claim for relief is brought on two grounds pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. First, in contravention of this Court's order (ECF Doc. 51), it was added to the pleading without a request for leave made by a separately noticed motion.

Second, Delta moves to strike the second claim for relief pursuant to the California anti-SLAPP statute, Cal. Code Civ. Proc. § 425.16. That statute "allows a court to strike any cause of action that arises from the defendant's exercise of his or her constitutionally protected free speech rights or petition for redress of grievances." Plaintiff's second claim for relief is a cause of action against Delta arising from alleged acts of its employees in furtherance of the employees' rights of petition or free speech under the United States Constitution or the California Constitution in connection with a public issue. As such, the second claim for relief is subject to a special motion to strike, unless the court determines that there is a probability that plaintiff will prevail on the claim.

Delta also moves to dismiss plaintiff's claim for punitive damages which he seeks in connection with the second claim for relief. See ECF Doc. 53, ¶ 96. Because that

claim should be stricken under the anti-SLAPP statute, so too should the prayer for punitive damages be dismissed.

Even if the second claim for relief were to survive an anti-SLAPP challenge, however, the punitive damage claim is nonetheless unsustainable because plaintiff has not alleged what he must to seek imposition of punitive damages on Delta for the conduct of its employees.

Delta's motion will be based on this notice of motion, the memorandum of points and authorities filed concurrently herewith, the files and records of the Court in this action, including plaintiff's TAC (ECF Doc. 53), and any further evidence and argument that the Court may receive at or before the time of the hearing.

As described in the accompanying Declaration of Richard G. Grotch Regarding L.R. 7-3 and this Court's standing order (ECF Doc. 5, ¶ 7b), Delta's counsel met and conferred with plaintiff's counsel in an effort to reach a resolution which would eliminate the necessity for this motion. The meet-and-confer process included a letter explaining the bases for this motion, followed by two phone conferences between counsel and a subsequent exchange of emails.

Dated:  December 14, 2017                CODDINGTON, HICKS & DANFORTH

By: _____
Richard G. Grotch
Attorneys for Defendant
Delta Air Lines, Inc.