John P. Mertens (#252762)
PIA ANDERSON MOSS HOYT, LLC
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010
jmertens@pamhlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ATEF BANDARY, an individual, | Civil No. 5:17-cv-1065-DSF-AS |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| vs. | Judge: Dale S. Fischer |
| DELTA AIR LINES, INC., a corporation, | |
| Defendant. | |

Pursuant to LR 83-2.3.2, undersigned counsel hereby moves this Court for leave to withdraw from the representation of plaintiff Atef Bandary ("Mr. Bandary"). Leave is requested on the following grounds:

1) Counsel is unable to communicate with Mr. Bandary consistent with California Rule of Professional Conduct 1.4.

2) Mr. Bandary has communicated a loss of faith in the ability of Counsel to adequately represent him.

3) Mr. Bandary has copied attorney-client correspondence to a member of the press.

4) Mr. Bandary has demanded that Counsel present this case in a manner that Counsel cannot do consistent with the Rules of Professional Conduct.

This Motion is based upon this notice and the accompanying Declaration of

John P. Mertens. This Motion is being served upon Mr. Bandary as well as counsel for Delta Air Lines, Inc. ("***Delta***"). Counsel asks this Court to take prompt action on this Motion given the impending trial date of August 6, 2019 and the need for Mr. Bandary to find substitute counsel. Or if this Motion is denied, Counsel will need sufficient notice thereof to adequately prepare for trial without the effective assistance of Mr. Bandary.

Respectfully Submitted,

DATED: July 19, 2019            PIA ANDERSON MOSS HOYT, LLC

By: _____
        John P. Mertens
        *Attorneys for Plaintiff*

**PIA ANDERSON MOSS HOYT, LLC**
136 E. South Temple, Suite 1900
Salt Lake City, Utah 84111

**CERTIFICATE OF SERVICE ON PLAINTIFF**

I hereby certify that on this 17th day of July 2019, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was served via Email on Mr. Atef Bandary, alprince557@hotmail.com, which method has been our primary form of written communication during this representation.

*/s/ John P. Mertens*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July 2019, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was served via CM/ECF on the following:

Richard G. Grotch
Min K. Kang
Randolph S. Hicks
CODDINGTON, HICKS & DANFORTH
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
rgrotch@chdlawyers.com
mkang@chdlawyers.com
rhicks@chdlawers.com
Attorneys for Defendant

*/s/ Jacqueline Ervin____*

PIA ANDERSON MOSS HOYT, LLC
136 E. South Temple, Suite 1900
Salt Lake City, Utah 84111