John P. Mertens (#252762)
PIA ANDERSON MOSS HOYT, LLC
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile:  (801) 350-9010
jmertens@pamhlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ATEF BANDARY, an individual, | Civil No. 5:17-cv-1065-DSF-AS |
| Plaintiff, | **DECLARATION OF JOHN P. MERTENS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
| vs. | |
| DELTA AIR LINES, INC., a corporation, | Judge:     Dale S. Fischer |
| Defendant. | |

**PIA ANDERSON MOSS HOYT, LLC**
**136 E. South Temple, Suite 1900**
**Salt Lake City, Utah 84111**

## DECLARATION OF JOHN P. MERTENS

I, John P. Mertens, declare:

1.     I am over the age of twenty-one and competent to testify as set forth herein. I have personal knowledge of the matters set forth in this Declaration and could and would competently testify to them under oath if called as a witness.

2.     I have served as counsel for Mr. Bandary in this action since appearing on November 30, 2018.

3.     My ability to communicate with Mr. Bandary has broken down to the point where I cannot have a conversation with him by telephone or email about the issues to be presented in this case.

4.     Mr. Bandary has communicated to me a loss of faith in my ability to represent him but has refused to take my suggestions to find new counsel.

5.    Recently, Mr. Bandary sent an email discussing issues in this action to me, and he copied an email address at the domain latimes.com.

6.    Mr. Bandary has insisted that I present arguments to the Court and/or Jury that do not have evidentiary support.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of July 2019 at Salt Lake City, Utah.



_____

John P. Mertens

**CERTIFICATE OF SERVICE ON PLAINTIFF**

I hereby certify that on this 17th day of July 2019, the foregoing **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** was served via Email on Mr. Atef Bandary, alprince557@hotmail.com, which method has been our primary form of written communication during this representation.

*/s/ John P. Mertens*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July 2019, the foregoing **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** was served via Email on the following:

Richard G. Grotch
Min K. Kang
Randolph S. Hicks
CODDINGTON, HICKS & DANFORTH
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
rgrotch@chdlawyers.com
mkang@chdlawyers.com
rhicks@chdlawyers.com
Attorneys for Defendant

*/s/ Jacqueline Ervin__*

PIA ANDERSON MOSS HOYT, LLC
136 E. South Temple, Suite 1900
Salt Lake City, Utah 84111