# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ATEF BANDARY,
    Plaintiff,

        v.

DELTA AIR LINES, INC.,
    Defendant.

EDCV 17-1065 DSF (ASx)

Order Granting Motion to Withdraw as Counsel (Dkt. No. 198)

The Opposition to Motion to Withdraw as Counsel makes it clear that the relationship between attorney John Mertens and his client Atef Bandary is irretrievably broken.  The Court cannot and will not intercede in the relationship between a lawyer and his client, even at the client's request.  The Court cannot and will not oversee the manner in which Mr. Mertens represents his client.

The Motion is granted.  The Court grants Mr. Bandary 30 days to find new counsel.  If Mr. Bandary demonstrates adequate efforts to find new counsel but is unable to do so, the Court will consider granting additional time.  Mr. Bandary is ordered to (1) file an appearance through counsel, (2) indicate that he wishes to represent himself, or (3) request additional time to obtain counsel, explaining the efforts made to locate counsel on or before September 3, 2019.  Failure to comply with this order may result in dismissal for failure to prosecute this action and failure to follow court orders.

All previously set dates are vacated.

Moving counsel must immediately serve this Order on Mr. Bandary.  No later than August 15, 2019, moving counsel must file and serve – on Mr. Bandary and all attorneys of record – a declaration (in the form specified in 28 U.S.C. § 1746) that:

(1) Sets forth the client's current address and telephone number, recently verified as accurate by the withdrawing counsel;

(2) Informs the client and all attorneys of record that the stated address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney;

(3)  Informs any individual client that any individual appearing pro se will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules;

(4) Informs the client when and where the client may obtain the client's case file, if it is not already in the client's possession;

(5) Informs the client of the following:

The Court may not provide advice to *any* party, including persons who are not represented by a lawyer. (Such persons are known as "pro se litigants.") However, this District does have "Pro Se Clinics" that can provide information and assistance about many aspects of dealing with a lawsuit in this Court.  The Western Division (Los Angeles) Clinic is run by Public Counsel, a non-profit public interest law firm, and it is staffed by lawyers and a paralegal.  In order to benefit from the assistance the Clinic may be able to provide, you have to go there directly.  The Clinic is open on Mondays, Wednesdays, and Fridays, from 9:30 a.m. to 12:00 noon and from 2:00 p.m. to 4:00 p.m.  Clinic staff will see visitors during open hours on a first come, first served basis.  If you arrive early in the day, you have a

better chance of being seen promptly.  The Clinic is located in Suite 170 of the U.S. Courthouse at 255 East Temple Street, Los Angeles, California 90012. Although the Clinic does not provide information telephonically, for further information about it you may call (213) 385-2977, ext. 270.

The Eastern Division (Riverside) Clinic is run by the Public Service Law Corporation and is open on Tuesdays and Thursdays from 10:00 a.m. to 2:00 p.m. The Clinic is located at the George R. Brown Federal Building, 3420 Twelfth Street, Room 125, Riverside, California 92501.  For additional information call (951) 682-7968.

The Southern Division (Santa Ana) Clinic is run by the Public Law Center and is open on Thursdays from 10:00 a.m. to 12:00 noon and 1:30 p.m. to 3:30 p.m. The Clinic is located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055, Santa Ana, California 92701.  For additional information call 714-541-1010, ext. 222.

Counsel must also provide a proof of service of this Order and the required declaration.

Effective on the date counsel complies with this Order and until a new attorney files an appearance, Mr. Bandary will represent himself, and the docket will be amended to reflect the address for Mr. Bandary as described in counsel's declaration.

IT IS SO ORDERED.

Date: July 31, 2019

_Dale S. Fischer_
Dale S. Fischer
United States District Judge