

FILED
CLERK, U.S. DISTRICT COURT
10/15/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JGR   DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEF BANDARY,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>DELTA AIR LINES, INC.,<br><br>　　Defendants. | CV 17-1065 DSF (ASx)<br><br>**VERDICT** |

We answer the questions submitted to us as follows:

1.  **By engaging Special Agent Vahe's assistance, did Delta Air Lines make a voluntary disclosure of any suspicious transaction relevant to a possible violation of law or regulation relating to a threat to aircraft or passenger safety, or terrorism.**

    ___ Yes           X No

If your answer to question 1 is yes, then answer question 2. If you answered no, then answer question 5.

2.  **Prior to Special Agent Vahe's arrival at the back of the airplane, did Mr. Bandary sustain a bodily injury that was caused by the conduct of Delta Air Lines?**

    X Yes            ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions. Have the presiding juror sign and date this form.

3.  **Prior to Special Agent Vahe's arrival at the back of the airplane, did Mr. Bandary suffer emotional distress that was caused by a bodily injury?**

    ___ Yes           ___ No

If your answer to question 3 is yes, then answer questions 4a and 4b. If you answered no, answer question 4a only.

4.  **What is the amount of Mr. Bandary's damages prior to Special Agent Vahe's arrival at the back of the airplane?**

    a. Bodily injury:                          $_____

    b. Emotional distress caused by            $_____
       bodily injury:

                                 **TOTAL $**_____

If your answer to question 4 included total damages greater than 0, proceed to answer question number 8. If your answer to question 4 was 0, stop here, answer no further questions. Have the presiding juror sign and date this form.

5. **At any time, did Mr. Bandary suffer a bodily injury caused by the Delta Air Lines crew on the flight between Atlanta and Salt Lake City on May 29, 2015?**

   X Yes        ___ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions. Have the presiding juror sign and date this form.

6. **Did Mr. Bandary suffer emotional distress that was caused by a bodily injury?**

   X Yes        ___ No

If your answer to question 6 is yes, then answer questions 7a and 7b. If you answered no, answer question 7a only.

7. **What is the amount of Mr. Bandary's damages?**

   a. Bodily injury:                    $ 2.5 million

   b. Emotional distress caused by      $ 6 million
      bodily injury:

                                  TOTAL $ 8.5 million

If your answer to question 7 included total damages greater than 0, proceed to answer question number 8. If your answer to question 7 was 0, stop here, answer no further questions. Have the presiding juror sign and date this form.

8. **Were the damages listed in paragraphs 4 or 7 contributed to by Mr. Bandary's negligence or wrongful act or omission, if any?**

   X Yes        ___ No

If your answer to question 8 is yes, then answer question 9. If your answer to question 8 is no, stop here, answer no further questions. Have the presiding juror sign and date this form.

9. Expressed as a percentage between 1 and 100, to what extent did Mr. Bandary's negligence or wrongful act or omission cause or contribute to his injuries?

   15 %

Please have the presiding juror sign and date this form.

Signed: REDACTED
Presiding Juror

Dated: 10/15/21