# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
10/15/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jgr___ DEPUTY

| | |
|---|---|
| ATEF BANDARY;<br>    Plaintiff,<br>    vs.<br>DELTA AIR LINES, INC.,<br><br><br>    Defendants. | Case No.: 5:17-cv-01065-DSF-AS<br><br>**NOTE FROM THE COURT** |

    The Court has found that there is an error in the verdict form that the Court provided. Please read this revised verdict form carefully.

Dated: October 15, 2021

_____
Hon. Dale S. Fischer