JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEF BANDARY, | CV 17-1065 DSF (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DELTA AIRLINES, INC., | |
| Defendant. | |

The jury having found in favor of Plaintiff Atef Bandary, for the reasons set forth in the Court's November 30, 2021 Order, Dkt. 325, IT IS ORDERED that judgment for $7,225,000 is entered in favor of Plaintiff Atef Bandary and against Delta Airlines, Inc and that Plaintiff is the prevailing party.

DATED: 12/20/2021

Dale S. Fischer
UNITED STATES DISTRICT JUDGE