# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 17-01065 DSF (ASx) | Date | February 14, 2022 |
| Title | Atef Bandary v. Delta Air Lines, Inc. | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Zein E. Obagi, Jr. – VTC | Timothy J. Ryan – VTC<br>Richard G Grotch - VTC |

Also Present - Atef Bandary - VTC

**Proceedings:**   MOTION HEARING (Held and Completed)

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLANTIFF [338]

The matter is called and counsel state their appearances. The Court hears from the plaintiff Atef Bandary.

Court questions Mr. Bandary as stated in court and on the record on the motion and invites counsel to present their oral arguments. The Court hears from Zein E. Obagi, Jr. The Court will grant the pending motion. A written order will follow.

The Court will allow Mr. Bandary until April 18, 2022, to find new counsel. Opposition to the motion is due April 24, 2022. Any reply is due May 1, 2022. The hearing is set for May 15, 2022. If new counsel is retained and requires additional time to file an opposition, a stipulation or ex parte application should be filed.