# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEF BANDARY,<br>    Plaintiff,<br><br>        v.<br><br>DELTA AIR LINES, INC.,<br>    Defendant. | EDCV 17-1065 DSF (ASx)<br><br>Order GRANTING Motion to Extend the Settlement Conference Date (Dkt. No. 395) |

    Plaintiff Atef Bandary moves the Court to reconsider extending the time for him to obtain an attorney for three months, or alternatively to extend the settlement conference date to give him enough time to write a mediation brief.

    Mr. Bandary may, of course, continue to seek counsel to represent him in this matter. The Court notes, however, that Mr. Bandary has now retained at least 11 lawyers from six different law firms – some of whom have been fired and the rest of whom have moved to be relieved. Mr. Bandary has described his various concerns about and difficulties with his various counsel in numerous emails and filings. Several of his counsel have

responded in emails and filings. The nature of these filings is likely to make it difficult for him to retain new counsel yet again.

Despite the doctors' letters provided, Mr. Bandary's filings establish that he is well able both to endeavor to find counsel and to participate in a settlement conference – either with newly retained counsel or representing himself.

This case was filed in May 2017 and tried in October 2021. It is time for the matter to be resolved through settlement or a new trial. The Court will grant one final continuance. As requested, Mr. Bandary may have "one month to allow him enough time to recover from his current illness, and to allow him enough time to write his mediation brief." See dkt. 395 at page ID#7231.

The parties are to meet and confer and schedule a settlement conference/mediation to occur no sooner than July 24, 2023 and no later than August 28, 2023, with Magistrate Judge Louise LaMothe, Magistrate Judge Alka Sagar, a member of the Court's attorney settlement panel, or a private mediator. No later than July 10, 2023, the parties should advise the Court of the name of the settlement officer/mediator and the scheduled date. No further continuances will be granted.

IT IS SO ORDERED.

Date: June 15, 2023

Dale S. Fischer
United States District Judge