Name _Atef Bandary_

Address _34480 Vaquero Road_

City, State, Zip _Cathedral City , CA 92234_

Phone _760-567-7388_

Fax _____

E-Mail _alprince557@hotmail.com_

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

**FILED**
CLERK, U.S. DISTRICT COURT

**09/06/2024**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEF BANDARY<br><br>PLAINTIFF(S),<br><br>v.<br><br>DELTA AIR LINES , INC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>Case No : 5:17-cv-01065-DSF-AS<br><br>**NOTICE OF APPEAL** " Part 2 / attachme " |

NOTICE IS HEREBY GIVEN that _____ATEF BANDARY_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
  Judge's Order 's " DKT 487 " Denying
  Plaintiff's Second Motion to Disqualify Judg
☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

___9/6/24___
Date

_Atef Bandary_ (signature)
Signature
☒ Appellant/ProSe  ☐ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    NOTICE OF APPEAL

U.S. District Court, Central District of California

# CONFIRMATION

The document(s) listed below have been submitted to the United States District Court for the Central District of California using the Electronic Document Submission System ("EDSS"). The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF").

Documents submitted using EDSS should be processed within **1-2** business days of receipt. However, the date of EDSS submission, shown below, will be considered the filing date for any documents submitted through EDSS and later filed into CM/ECF.

**Name:** Atef Bandary
**Tracking Number:** EDS-240905-001-4309
**Date:** 9/5/2024

Uploaded files:

- **Declaration Re Judge Order 487.pdf**

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the main EDSS page.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | | Local Rules |
| Naturalization Ceremony Information | Students | Capital Habeas | |
| Policy For Limited Use of Court Facilities | Payment | Criminal Justice Act (CJA) | |
| | Juror Amenities | Lawyer Representatives | |
| Records Department | Dress Code | Pro Bono | |
| Statistical Reports | Security | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| | Employer Information | Attorney Workroom Copier | |
| | Checking Status / Confirming | Password Request | |
| | Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

U.S. District Court, Central District of California

# CONFIRMATION

The document(s) listed below have been submitted to the United States District Court for the Central District of California using the Electronic Document Submission System ("EDSS"). The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF").

Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission, shown below, will be considered the filing date for any documents submitted through EDSS and later filed into CM/ECF.

**Name:** Atef Bandary
**Tracking Number:** EDS-240905-001-4310
**Date:** 9/5/2024

Uploaded files:

- **Proof of Service.pdf**

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the main EDSS page.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution | General Orders |
| Interpreter Services | Requesting a Postponement | (ADR) | Local Rules |
| Naturalization Ceremony | Students | Capital Habeas | |
| Information | Payment | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court | Juror Amenities | Lawyer Representatives | |
| Facilities | Dress Code | Pro Bono | |
| Records Department | Security | Direct Assignment of Civil Cases to | |
| Statistical Reports | Employer Information | Magistrate Judges Program | |
| | Checking Status / Confirming | Attorney Workroom Copier | |
| | Reporting Instructions | Password Request | |
| | Certificate of Jury Service | Mileage Rates | |
| | Contact Us | Post-Judgment Interest Rates | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |



*Atef Bandary*
*34480 Vaquero Road*
*Cathedral City, Ca 92234*
*760-567-7388*
*Alprince557@hotmail.com*

*In Pro Per*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| *Atef Bandary,* | ) *Case No.: 5:17-cv-1065-DSF-AS* |
|    *Plaintiff,* | ) *Declaration Re Judge Order 487 dated 8/29/24* |
|   *vs.* | ) |
| *Delta Air Lines, Inc., et al.,* | ) |
|    *Defendants* | ) |

*I Plaintiff Atef Bandary Declare the following under penalty of Perjury the following:*

*I am a Pro-Se Self Litigant.*

*66 years old disable, and I am disable for 20 years and Aids patient for 28 years, with mental, physical, and emotional disability.*

*I have personal knowledge of the facts set forth herein and if called to testify thereto regarding Judge Dale order 487 dated 8/29/24, and following is my written response to address issues that were brought in the judge's order:*

This Document was Submitted to the electronic Filing on 9/5/24 Tracking Number: EDS-240905-001-4309 confirmation attached Please also see court Doc. 488 dtd 8/28/12 4.

1- Quote from the judge's order *"This action was filed by counsel on May 26, 2017. The Court has issued numerous orders since that time – some favorable to Mr. Bandary and some unfavorable."*

Plaintiffs' respond that the judge only favored him in only two orders, but defendant was favored numerous unlimited times in the last 7+ years since this case was filed.

Anyway The only two orders that this court favored the plaintiff were reversed by the same judge,  that means there was no single favor was given to the plaintiff period in 7+ years of this case all the favors going toward defendant to place them above the law , and not to hold them accountable for any violations against me and against my civil rights and my due process :

On DKT 70 dated 2/7/18, Yes, Judge Dale granted me my malicious prosecutions and my punitive damages claims.

BUT On DKT 153 dated 3/5/21 "more than a year later "she reversed her ruling, and she dismissed my malicious prosecution and punitive damages claims.

On DKT 325 dated 11/30/21, Yes, Judge Dale ruled in my favor, and ordered that a judgement of my second jury verdict form $8.5M should be entered after deducting 15% which came out to $7.225M judgement was entered on my favor DKT 333on 12/20/21,

On DKT 369 dated 8/26/22, after Judge Dale had my judgement in limbo for almost a year, she reversed my judgement the one that she once supported.

Based on the above facts, Plaintiff disagrees with the court statement that she favored him with any order period, because all the court attention and favors were given to Delta until today.

2- Quote from the order: The Court did suggest that perhaps the defense should file a motion for summary judgment or summary adjudication as the case had been tried previously and substantial evidence had been presented page ID 8392

The Judge openly admitted representing Delta, as if it was a matter of right. According to the law library following is noted when the judge represents the defendant, the criminal rich corporation, Non California Citizen  against the plaintiff, a California Citizen , the victim , who is 66 years old disabled, Aids Patient for 28 years, with physical , mental and vision impairment.
That clear indication and evidence that judge Dale is totally tilted to favor the defense.

According to the law library the following apply.

AI Overview

If a judge were to represent the defendant against the plaintiff in a legal case, it would be a blatant conflict of interest and a serious ethical violation, causing the judge to be immediately disqualified from presiding over the case, essentially, they would not legally act as a lawyer for one side of the case while simultaneously judging it.

Why this is problematic:

• Impartiality.

A judge's primary responsibility is to remain impartial and ensure fair proceedings for all parties involved. Representing one side directly contradicts this principle.

• Appearance of impropriety.

Even if the judge genuinely believed they could remain unbiased, the perception of bias would undermine public trust in the legal system.

• Code of Judicial Conduct.

Most jurisdictions have such codes of judicial conduct that explicitly prohibit judges from engaging in activities that could create a conflict of interest, including representing parties in cases before them.

What would happen in such a situation:

- Disqualification:

Either the judge would be required to recuse themselves from the case, meaning they would step down and another judge would take over, or the parties could file a motion to disqualify them.

- Potential sanctions:

Depending on the jurisdiction and severity of the situation, the judge could face disciplinary action, including reprimands or even removal from the bench.

According to the law library: Generally Summary Judgement motions are defendant technique and often misused

A misuse of summary judgment motions occurs when a lawyer files such a motion despite the existence of genuine disputes over material facts in the case, essentially attempting to bypass a trial by asking the court to decide the case based on a flawed assumption that there are no contested factual issues, which can be considered an attempt to "game the system" and deny the opposing party a fair hearing.

Filing the motion when material facts are disputed:

This is the most common misuse, where a party tries to use summary judgment even though there are significant factual disagreements that require a jury to decide the case.

Motions summary judgement according to plaintiff's magazine " Shanron *J. Arki* " are case killers to quickly end the case before going to trial claiming that no disputed evidence .

It was a very Shocking Surprise on my pretrial on 7/1/24 to see that Judge Dale openly breaching her impartiality, and voluntarily instructing The Defendant Delta of the steps to file 3rd Summary Judgement Motion to defeat my case,

also, it was a shocking surprise because she just denied my due process request to amend my complaint to be able to represent myself properly and she said that amending the complaint wouldn't make different during my jury trial" like if there would be one ", But at the same time she instructed the defendant file a third summary motion that would quickly end my case without trial and make me lose all my rights and due process.

Judge improper conduct was very prejudicial and biased and hurtful.

It felt like a slam on my face because I was looking forward to the trial to clear my name.

it felt like if it was another punishment by the Judge against me , the first punishment, when she overturned my $7.225M which was based on $8.5M jury award, Just because Delta "Mr. Grotch "said that I didn't have enough evidences to support such verdict and judgement and the court believed him , after she once entered the judgement , and defended it  "DKT 325 dated 11/30/24" after she put it in limbo for almost one year, and she transformed me from a winner with two verdicts $1.5M , $8.5M and $7.225M judgement to a loser.

- IN Delta Post Trial Motion 343 dated 1/18/24, all Delta seek was to reduce my judgement or to proceed to a new trial , Judge Dale chose to dismiss my entire judgement and ordered the case for a new trial.

- Now in the eye for the new trial, Judge chose to represent the defendant and instructed him to file a THIRD Summary Motion, that could quickly end my case , in addition to that she enabled the defendant to file 100+ pages motion to give the disable aids patient more challenges ,

 I believe there was a conspiracy the judge when she cancelled my $7.225M  and order a new trial , it was just to harass me and to jointly with Mr. Grotch abuse my process , because in the eve of my new trial , she instructed the defendant of how to attack me next by filing Third Summary Judgement motion.


It was also shocking surprise, that in Judge's order 487, Judge Dale said that she didn't have knowledge of disputed evidentiary facts or evidences, while she allowed the defendant series of motions limine  , that included all my evidences and facts that each one of them qualify to evidentiary evidence , it's a surprise that she excluded all those evidences , and now in her order 487 she said that she didn't have any knowledge of evidentiary evidences.

And all that evidentiary evidence is disputed, and the evidence that they are disputed that Delta included all of them in all of its motions in limine and requested the court to exclude them claiming that they were irrelevant, and in fact the judge excluded all of them to favor Delta.

Delta, the defendant Dispute those genuine facts and evidence that need to proceed to trial, because Delta goal from day one in the case was tempering with my trial.

But Plaintiff

-Evidence is relevant if:

(a) it has any tendency to make a fact more or less probable than it would be without the evidence; and

(b) the fact is of consequence in determining the action.

Despite Delta massive number of motions in limines DKT 165, DKT 167, 169,171, 172, 194, 197, 228,230, 260, 286,287 over 7+ years that all and each of them seek the court to exclude my evidentiary evidences , and despite Delta latest motion in limine 444 that included more evidentiary evidences to exclude my from my jury trial , That Judge Dale said in her decision that she didn't have knowledge of disputed evidentiary evidences.

Also, through Delta First Summary Judgement Motion 93 Judge granted Delta to dismiss my Malicious Prosecution and Punitive Damages Claims, which includes lot of evidentiary evidence, and they are all disputed between the defendant and the plaintiff, and they all need to proceed to a trial.

But judge bias directed Delta to file the summary motion to help Delta to defeat my trial , in the same time she wouldn't allow me to amend my complaint , so my amended complaint wouldn't include any of those evidentiary evidences , even though Judge Dale knew for sure knew all the challenges that I , the plaintiff went through by my first Lawyer , who didn't not follow my instructions when she filed my complaint , Court Documents 44,47, 49, judge order 51 granting me to amend my complaint but my complaint until today was never amended because Delta Lawyer Richard Grotch was always in the way to prevent me to amend my complaint , even until today.

Following is the evidences that each one of them qualify as disputed evidentiary evidence that Delta had the court excluded before my first jury trial, they are all disputed by Delta , and they are all prejudicial genuine facts , and they need to proceed to a trial for the jury , But

instead Delta had all of them in series motions in limine and misused the court's power to violate my due process:

Criminal trial evidence

1st indictment evidence

2nd indictment evidence

Court transcript evidence

Probation evidence

Expert witnesses

FBI reports

Police reports financial damages More than $100,000 only in legal fees for the criminal trial.

Any expenses Pain and suffering damages for being on probation for two years and I was on NO TRAVEL LIST FOR TWO YEARS.

Falsely Reporting me to the law enforcement twice during the flight.

Removing me and my deceased partner from Delta flight and not allowing us for refund for the unused parts of the tickets.

Criminal trial

Non-Guilty Verdict

Judge didn't only exclude the above evidence from my jury trial but also, she cancelled my $7.225M

Add to all the above Delta 13 pages motion in limine 444 that listed much more evidentiary evidence that Delta requested the court to exclude from my jury trial, and in this motion Mr. Grotch complained to Judge Dale about my social media accounts that I said I had two Jury Verdicts, which Mr. Grotch indicated I shouldn't have done that also he complained to the judge that he anticipated that I might say something that I was not supposed to do , another word Richard Grotch was telling the Judge to mess up with my upcoming trial , Judge Dale response came immediately and instructed Mr. Grotch to file a third summary judgement motion which came out 100+ pages , to give more challenge to the 66 years disable aids

patient , to disable him and scare him away , and to have Delta wins any way , like she had them win when she cancelled my $7.225M ,

Quote of what he said:

Ahead of the impending retrial of this case, Delta is concerned about the reasonably foreseeable consequences of Mr. Bandary's repeated protests that, at the first trial, "I could not say my story to the jury." Dkt. No. 437 at 9, 34, 35. Whether in Court filings, on social media, or most recently while meeting and conferring with Delta's counsel about pretrial submissions,1 Mr. Bandary's oft repeated references to "my story" or "my whole story" have signified one thing. They serve as a compact, deceptively anodyne description of Mr. Bandary's tale which invariably highlights irrelevant, inadmissible, and prejudicial matters. Either under the rules of evidence or because of this Court's rulings, or both, references to many of these issues are altogether impermissible. Disquieted by what it reasonably anticipates Mr. Bandary will say, argue or elicit testimony about when unconstrained by counsel, Delta respectfully requests an order that establishes clear boundaries for at least some of what is—and is not— permissible at trial. Like the Court, Delta cannot anticipate every issue or piece of evidence that Mr. Bandary might attempt improperly to showcase for the jury. But his recent writings, including Court filings, provide a good indication of some of the issues. That is what animates this motion.

All the above evidences and facts that Delta had the court excluded were not still enough for Delta, because in Mr. Grotch motion in limine 444, he added much more, it even added my legal rights , my Civil Rights , My constitutional rights and my due process rights to a big 13 pages list that he requested the court to exclude , to ambush me to a trial where I wouldn't be able to represent my case , and then Delta would further their causes of actions and boost their defense.

Defendant Delta seeks the court to exclude all my evidence that each one of them qualify to be disputed that need to proceed to trial.

Please see attached Exhibit 1

Delta seeks to strip me from everything, the only thing that Delta left alone was my name, It's horrible, even if I was animal, or slave, or prisoner of war, Delta should have left me with something, and the court should have left me with something, but Delta misused the power of

court to further their causes of actions and to strip me of my rights , and to treat me different because of my Arabic Race.

Ex Attorney Zein Obagi told me several times that the judge didn't like me or my case because I was Arabic.

And Delta is known of white racism.

In order 487 Judge cited defendant as a matter of right in the following examples:

A- *Quote from the Judge Order:* *As explained in detail in Delta's previous opposition and again in docket 480, many of Mr. Bandary's claims result from a misunderstanding of the law and what has occurred in the case – or are simply false.*

*Page ID 8397*

B- *Quote from the judge order* *As Defendant notes, the Advisory Committee Notes to Rule 56 of the Federal Rules of Civil Procedure state: "In many cases it may be useful first to invite a motion . . . ." Advisory Comm. Notes, 2010 Amendments, Page ID 8392.*

According to the law library:

a judge cannot directly cite a defendant's opinion as a matter of law because a defendant's opinion is not considered legal precedent and does not carry the weight of established law; the judge must rely on established legal principles and interpretations to make a decision, not the defendant's personal perspective on the matter.

Defendant's opinion is not binding:

A defendant's opinion is considered a personal viewpoint and not a legal argument that a judge is required to follow.

Judge relies on legal precedent:

When making a decision, a judge must base their reasoning on existing case law, statutes, and legal principles, not on the opinions of parties involved in the case

So, in most of the judge's rulings, she always cite the defendant as a matter of right , and  as if it was a joint order by the court and by the defendant , and it's in the vast majority of the time against the disable aids patient 66 years old plaintiff and in favor of Delta.

Please see exhibit 2, which my ex attorney Zein Obagi Opinion about what is going on in this court room through his motion 234 dated July, 2020.

Exhibit 3 Attorney Zein Obagi Text message that the judge wanted me to lose.

Exhibit 4 Attorney Zein Obagi Text that Judge Dale wanted me to loose.

# Conclusion

Noting all the defendant Delta activities for the last 7+ years as old as this case is temper with my evidences , witnesses , evidentiary facts and evidences , because they are all disputed , Delta doesn't want to admit it's violation against the plaintiff , 66 yrs , disabled aids patient , and Delta doesn't want to face the jury with all the massive numerous abuse and violations that it committed against the disable old man , Delta goal was always to prevent me from having a trial period , but when I had a trial 3 years ago , they planned to prevent me from having a fair trial period when they had the court excluded my evidences and facts from my jury trial , and someone would guess that the plan that I wouldn't obtain any favorable verdict , but when the jury awarded me $8.5M they panic and said that I didn't have enough evidences because Mr. Grotch knew that he already stripped me from all my evidences by misusing the court power to further his causes of actions and eliminate any of mine , then he had the court overturned my $7.225 million judgement that was based on $8.5M verdict.
When the judge overturned my judgement , she ordered my case for a new trial , that sound clear , but in the pretrial on 7/1/24 and in the eve of a new trial , the judge decided to openly defend Delta and told them to file a third summary judgment which would quickly end my case without going to a trial , and then to have Delta wrongly and unfairly win again and reduce Delta risk from having a jury trial.

As anyone would note from the beginning of this case until today , there were several attempts by judge Dale , and Grotch to prevent me from having a jury trial , the judge encouraged several time a bench trial , because she and Delta has the same interest which is to defeat me and to discriminate against me because of my Arabic race , which made me feel less than animal and less than a slave with no constitutional or due process rights.

If we discuss this much further , we will find that Delta afraid of the jury , and afraid of trial , and they couldn't defend themselves , as my ex attorney John Mertens said in his email .

Here is the thing, My story is, which doesn't show in my complaint because my first attorney was friendly to Delta and to Mr. Grotch , and she didn't discuss with me my complaint before filing it , she was on the mission to file it as soon as possible , and after that she disappeared ? , the story I am Egyptian American , a gay man , who never practiced the religion or discuss it with any one , he based the people of how nice they are to him , he never ask what any one religion , I was racially profiled by Jet Blue Pilot Tim Luznar , by passengers Sara Lyons , Krista Palmer , then after that by F/A Lucy Cook , and lead flight attendant Joy Rodemoyer , they ran back ground check on him two times and he came out clear , but still followed him around , still physically assaulted him , and prevented him from going to the bathroom which caused him to soil his pants , and then they falsely arrested him , and restrained him on his seat like an animal for at least 40 minutes until the plane landed , then they removed him by Salt Lake City Police , who further assaulted him by the recommendation of Delta crew and pilot , and that was not the end of the story , Delta crew and pilots falsely reported me to the FBI several times , which resulted that I was federally indicted and sentenced in probation for two years without anyone give me the opportunity to talk or to represent my side of the story , and that was not the end of the story yet , because a year later I got indicted again because Delta Crew and Pilot falsely reported me to the FBI again and again, and the accusation still interference with Delta Flight Crew during my Delta Flight Incident on 5/29/2015 , and I had to appear in long 9 days jury trial for the same accusation , interference with Delta Flight Crew , which could have landed me in prison for another 20 years if I was found guilty but the jury found me not guilty , it's kind of laughable that Delta went that far to prosecute an old man , aids patient for twenty eight years , and interfered with his life for the last 9+ years , Delta targeted an aids patient because of his Arabic Race , and I am the only Aids patient was targeted because he

was an Arab , but I am not the only one Arabic person who was racially profiled and targeted by Delta Crew and finally removed by the police , there are thousands of Arab who faced the same discrimination by Delta , JUST because they were Arab , and all of them were described with Locked Jaws and Starry eyes , and suspicious behavior , the Government fined Delta $50,000 and issued them a warning to stop discriminating against Arab People and falsely removing them by the police , the government also ordered Delta to give Civil Rights Training to it's Pilots and to its crew.

I had to spend over $100,000 in legal fees to fight Delta False Criminal Prosecution , I was prevented from travel for two years , I had to see a probation officer once a month 100 miles round trip , I had to postpone my travel plans me and my husband who had cancer and Parkinson's and one of his wishes that we were planning to do was to travel all over the united states , he wanted to go to Hawaii , But Delta attack on us postponed our plans for ever , and shortly after that he got so deteriorated , and finally died without fulfilling his plans and mine , he died sad and crying for me , because I was crying remembering what happened to us by Delta , that was my only flight on Delta that caused my misery for the last 9+ years , that was my story , and our story in brief , But my first attorney , for her fundamental own reason , had my complaint to match Delta episode of their side of the story not my episode , and until today I had a challenge in my complaint , because every time I try to amend , Mr. Grotch would be in the way for his fundamental reason to cover up for all the wrong that Delta did to me as it shows from all the above facts , and because all the above evidences are valid and a prove of Delta Guilt and all of them are evidentiary evidences that need to proceed to trial , he had the court broke all the rules and excluded all of them period so they wouldn't be a trial , like if my life and my blood and my husband life and blood didn't matter to this court as long as it's helping Delta.

I was a victim of a hate crime that was racially motivated , as many of the evidences that I had would prove , the Air Marshall told my deceased husband Gary , that Gary arrived to incident seen on time , and he told Gary that I was almost shut , that is the truth, I was put as human shield surrounded by 4 flight attendants and 6 passengers who poke me repeatedly , Delta Knew all that , but they had the court shut my speech , violating my due process .

I was almost shut by racism , like George Floyd was killed by racism , like Ahmaud Arbery was shut by racism , in my case I am still alive and was prosecuted multiple times by Delta without one single remorse , George Floyd Couldn't breath , But me for the last 9+ I still can't breath , feeling surrounded by Delta Angel of Death Army of lawyers , who take it more serious every single day fighting 66 years aids patient ,

In the years of those recent civil movement that George Floyd Killers were prosecuted and denied immunity, that Ahmaud Arbery Killers were prosecuted and denied immunity.

In this Court Room the victim, California Citizen gets prosecuted and underestimated because he is a person of color and from Arabic Race, and aggressor Delta Non-Citizen of California and it's lawyers get treated like Royals because they are all rich, and all whites.

According to the fifth and sixth amendments of the U.S. Constitution both protect the right to have impartial judge and Jury Trial, But I believe that Judge Dale denied me that right when she instructed the defendant Delta to file a third summary Judgement motion to prevent me from having a jury trial.

Also according to the fifth and fourteenth amendments of the United States , Constitution include the concept of due process , I believe that this court denied me that right too, and in fact it violated it numerous of times.

Based in all the above facts and evidences, any reasonable person would believe that there is tight bond and close relationship and money interest between this Court , attorney Richard Grotch , and Delta Airlines

Sept 3, 2024,                                           Respectfully Submitted

                                                       *Atef Bandary*

- *Bleedings in this case are being filed by Pro Se Plaintiff, wherein bleedings. are not to be held to the same high standard of perfection as practicing lawyers. Haines v. Kerner 92 Sct 594, also see power 914 F2d 1459 (11th Cir 1990), also see Hulsey v. Ownes 63 F3d 354 (5th Cir 1995), also see In Re: Hall v. Bellmon 935 F.2d 1106 (10th Cir. 1991)."*

*It is held that a Pro Se "Aids Patient, disabled" pleading requires less strength reading than one drafted by a lawyer (Pucckett v. Cox 456 F2d 233 (1972 Sixth Circuit USCA). and, Justice Blackin, Conely v. Gibson, 355 U.S 41 at 48 (1957)*

*"The Federal Rules rejects the approach that bleeding is not a game of skill in which one misstep by counsel may deceive to the outcome and accept the principle that the purpose of bleeding is to facilitate a proper decision on the merits. "According to rule 8 (f) FRCP that all proceeding shall be construe to do substantial justice."*

# EXHIBIT 1

Atef Bandary
34480 Vaquero Road
Cathedral City, Ca 92234
760-567-7388
Alprince557@hotmail.com

In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Atef Bandary,

              Plaintiff,

    vs.

Delta Air Lines, Inc., *et al.*,

              Defendants

) Case No.: 5:17-cv-1065-DSF-AS
)
) DECLARATION / OPPOSION RE:
)
) DELTA AIR LINES INC.'S
) MOTION IN LIMINE DKT 444.1
) Dated 6/25/24
) To appoint Arabic Translator
)

      Plaintiff moves to oppose defendant Delta Motion Limine , which is unfair and prejudiced , because defendant motion is requesting the court to exclude all the following evidences:

"A. The prior 2021 trial of this case, including the verdicts and judgment.

How possible that defendant or any reasonable person would agree with Delta Logic , they rejected my two verdicts "$1.5M and $8.5M" and the Judgment that was entered by the Judge $7.225M they had it turned over ,Add one criminal verdict. criminal verdict of acquittal

Obviously Delta wanted to exclude those evidences of favorable jury verdicts that the jury awarded me 3 times , those would proof my case to the jury that I came out innocent and not a suspicious transaction, BECAUSE OF MY ARABICE RACE.

B. Matters related to law enforcement and prosecution after the flight, including references to the FBI, U.S. Attorneys, the criminal trial and prosecution, Mr. Bandary's criminal defense attorneys, the money he spent on his criminal defense, etc.

Those are a big factor of my story , because Delta False profiling me was not only during the flight , flight crew went many times to the FBI , making lying statements trying to convict me for additional twenty years in prison in addition to the two years' probation that I was serving already , and over $100,000 -and also to cover up their falsely reporting and convicting me.

C. References to legal claims that are not at issue in this case, including "racial profiling," assault, battery, "hate crime," malicious prosecution, violations of the Americans with Disabilities Act, etc.

It's totally unfair by Delta to  ask the court to exclude that evidence and that I was disable for 28 years, and I was denied to go to the restroom, and those are all facts ,

and happened to me by Delta to violate my rights , and they are big evidences in my case ,

D. Claims of alleged discrimination and Mr. Bandary's perception that he was the target of discrimination.

Delta asking the court to exclude those claims, because those claims show that Delta racially profiled 3 Arab Passengers before me, Dept of transportation found Delta guilty for that , and fined them $50,000 FOR DISCRIMINATION AND RACIALLY PROFILING AND FALSELY REMOVING THE ARABIC PASSENGERS.

E. Unrelated Department of Transportation enforcement actions and consent orders involving Delta.

Delta wanted to exclude this Evidence against Delta: Delta Air Lines, Inc. Violations of 49 U.S.C. §§ 40127(a) and 41310 on jan-2020 were they were fined $50,000 by Dept of transportation for racially profiling and falsely removing 3 Arab Passengers from different because they looked Arab and they spoke Arabic Language.

F. Legal conclusions, including what constitutes an "accident" for purposes of the Montreal Convention.

G. Medical causation opinions by Mr. Bandary.

H. Claims that Delta's report of suspicious behavior to law enforcement (to Special Agent Vahe or otherwise) was false or misleading, or that the limited exception to immunity under 49 U.S.C. § 44941 should apply.

Delta Knew that they had lot of prove to show that they really lied.

I. Hearsay statements of individuals about the incident written in reports and interview summaries, which Mr. Bandary has indicated he intends to use at trial. These individuals include Gary Effertz, Jerry Rose, Roy Sisiam, Tim Luznar, and Mr. Bandary's criminal private investigator, Kelly Madsen.

J. Claims that Delta and Delta's counsel have acted inappropriately in defending the airline in this case, including statements that Delta and its counsel were deceitful or acting in concert with the Court or in bad faith.

K. Comments and statements regarding prior rulings by the Court in this case regarding dismissed claims or inadmissible evidence.

L. References to settlement negotiations or discussions. Because mere mention of these matters during trial would be highly prejudicial and could not be remedied by an

instruction to disregard them, an order clearly prohibiting such references is warranted.

All References to the Prior Trial, Including the Verdicts and Judgment Should be Precluded

Matters Related to Law Enforcement and Prosecution After the Flight

References to Legal Claims That are Not at Issue in This Case.

Claims of Alleged Discrimination and Mr. Bandary's Perception of Being the Target of Discrimination

Unrelated DOT Enforcement Actions and Consent Orders

F. Legal Conclusions, Including What Constitutes an "Accident"

Medical Causation Opinions by Mr. Bandary

That Delta's Report to Law Enforcement of Suspicious Behavior Was False or Misleading

How Delta and Delta's Counsel Have Defended the Airline in this Case

Comments and Statements Regarding the Court's Prior Rulings

References to Settlement Discussions/Negotiations"

Each one of the above is evidence:

Rule 401 of the Fed. R. Evid provides,

Evidence is relevant if:

(a) it has any tendency to make a fact more or less probable than it would be without the evidence; and

(b) the fact is of consequence in determining the action.

Also, each of the above evidence is connected to the flight, and each one is the crux of my story and what happened to me on Delta Flight, allowing Delta to exclude them from My jury trial would highly prejudice and jeopardize my case, because it would disable me from representing my story or bringing any of the violation that Delta did against my disability rights and against my human rights to the jury to prevent me from being able to make my story logic to the jury so they would understand what pain , suffering and expenses that occurred by Delta Wrongdoing.

But it would bolster Delta defense when the Court Exclude those evidence so Delta wouldn't have to do any defense.

Each one of those exclusions to those evidence that Delta seeks, would highly prejudice my lawsuit against Delta, and would ambush me to a trial, where I can't Represent my case fairly, and where I would be prohibited by District Court

# EXHIBIT 2

*I was offended to hear that bias; I would have expected the judge to advise the defendant to consider a serious settlement talk after 7+ years of this lawsuit and to stop wasting taxpayers' money by looking at this case for ever.*

*My heart broke when I heard the judge and I was discouraged to see her saying that while anticipating my new trial, I have anxiety remembering that.*

*When Enough Is Enough, when this punishment by Delta would end and when they are going to accept at least some responsibilities.*

*More than Seven years ago, Delta Flight Attendant Lucy Cook, said to my private investigator that I should plead guilty, and that I should take my punishment, Plaintiff until this day is still receiving his punishment, by Delta, and Mr. Grotch , and maybe more!! And I am afraid that it's still coming to follow Lucy Cook recommendation in her telephone conversation with my private investigator that I should get my punishment.*

*Delta Lawyer Richard Grotch has such a history of misguiding cases under ATSA Protocol, and Policies*

*.*

*In My EX attorney Zein Obagi Jr quoted in his motion DKT 234 dated July, 2020, 4 years ago in respond to JUST ONE of Delta Motion Linines :*

*he said on page 5*

*Delta's motion seeks to exclude from trial facts that tell the trier of fact what is right and wrong. It is no wonder that Delta is unable to cite to any Montreal Convention case under Article 17 where a district court excluded policies and procedures from trial.1 In fact, a review of relevant case law shows that the even the U.S. Supreme Court has delved into airline procedure and policies in its review of Montreal Convention cases and, by doing so, impliedly determined them relevant. Based on all the reasons set forth in this memorandum, the accompanying declarations of Dr. Williams (Dkt. 231), Plaintiff's request for judicial notice (Dkt. 232), the declaration of Zein Obagi (Dkt. 233) and all the records and papers in this action, Delta's motion should be flatly denied.*

*Then he said on page 7*

*PROCEDURAL HISTORY*

*Mr. Bandary filed his complaint on May 26, 2017. His operative pleading is currently his Third Amended Complaint. (Dkt. 53, filed 11/30/2017). Plaintiff's only enduring cause of action is for Plaintiff's bodily injury under the Montreal Convention.2 In response to the parties' motions in limine (Dkt. 165, 167, 169,171, 172), the Court ruled*

that Plaintiff may recover his mental or emotional damages that stem from his bodily harm aboard Delta Flight 1105. (See Dkt. 214).   Now, Delta seeks to reduce Plaintiff's ability to prove the source of his resultant emotional damages, while it reserves all of its other defenses such as alternative causation of emotional distress.

Flight attendant and airline protocols and procedures are central to almost every Montreal Convention, Art. 17 case, including this one.  Rule 401 of the Fed. R. Evid provides, Evidence is relevant if: (a) it has any tendency to make a fact probable than it would be without the evidence; and (b) the fact is of consequence in determining the action.  Simply put, in this case, the factors and protocols for flight attendants to identify and address a passenger of concern make it either more true or less true that LFA Rodemoyer's conduct was unfair.  The fairness of LFA Rodemoyer's conduct is one of the matters of consequence here, for it helps the trier of fact determine

On 3/5/2019 the court granted Delta's motion for summary adjudication of the malicious prosecution cause of action and denied plaintiff's summary motion relative to the same cause of action. (Doc. 153). 3 Entirely missing from Delta's motion is any analysis of how protocols and procedures impact the emotional effect of injurious conduct on the airplane.

A. Federal courts regularly weigh applicable operational standards, rules or policies in airline cases under the Montreal Convention It should come as no surprise that the aviation experts at Coddington Hicks, et al. (Delta's attorneys), were unable to cite a single case wherein a district court excluded SSI, and a circuit court even weighed in on that decision, let alone affirmed.   That glaring omission exists because federal courts regularly weigh operational standards, rules and policies to airlines in Montreal Convention cases.  In Fulop v. Malev Hungarian Airlines, the district court explained  [T]he relevant injury caused by an alleged 'accident' was not the initial heart attack which plaintiffs concede [], but the subsequent aggravated harms, for Fulop also may have suffered additional complications and graver injuries proximately attributable to the flight crew's conduct that conceivably would not have occurred had the carrier's personnel adhered to established operational standards, rules or policies applicable to the circumstances. (S.D.N.Y., Oct. 29, 2001) 175 F.Supp.2d 651 (disapproved in later proceedings (2003) 244 F.Supp.2d 217) (emphasis added).  Sometimes, as in White v. Emirates Airlines, Inc., relevant policies and procedures support the defense of an airline: "Even accepting as true Carriker's contention that the Emirates flight crew failed to follow all relevant procedures set forth in the Emirates Manual, we agree with the magistrate judge that, when evaluated in context, the crew's failure to do so was not unusual or unexpected." (S.D. Tex., Oct. 1, 2012) 493 Fed.Appx.

*526, 534 (emphasis added). In the context of explaining causation under Art. 17 of the predecessor to the Montreal Convention, the Warsaw Convention, even the U.S. Supreme Court has employed 'industry standard and airline policy', each of which could include SSI at the micro-level of analysis*

*Any protocols or procedures that prove that LFA Rodemoyer's conduct was completely inconsistent with standards in the air industry would be SSI. Delta seeks to strip Mr. Bandary from being able to use TSA's protocols and airline industry standards because they would highlight the intentional wrongdoing LFA Rodemoyer exercised against Bandary. Stated otherwise, the full scope of airline protocols and procedures, including the SSI, likely explain that LFA Rodemoyer was on an intentional mission to do harm to Bandary, covering her tracks and building her alibi regarding what she would do next, in advance. When the malicious conspiracy that she led was revealed to Mr. Bandary, in addition to causing him physical injury, it caused him grave and deep mental anguish.*

*Delta moves [in limine] to exclude a class of information that has always existed in this case, citing 'no apposite legal authority... to justify the relief it seeks.' (Quoting Delta, supra). The only new development since the parties' pretrial briefing is the TSA's identification of some information as SSI. Yet, that revelation came with an appropriate guide and draft stipulation for handling SSI for trial. A new classification of information as sensitive should not be the basis for the Court to grant Delta a seemingly unprecedented, untimely windfall to exclude evidence that will exclusively benefit its defense. The Court denied Plaintiff's motion to supplement pretrial documents, finding "no[] good cause to revisit final pretrial preparations that have been in place for months." (Dkt. 220, at 2). Delta could have made this motion when the SSI was identified, well before the undersigned underwent an invasive background check, threat assessment and paid an application fee to attain clearance to access the SSI in this case. (Dkt. 233). Instead, Delta waited for this hour as part of their strategy to disrupt Plaintiff's trial preparations.*

*F. Granting this motion would result in a never-ending case and more litigation at multiple levels of the federal judiciary Delta argues that its motion is made to further the just, speedy and inexpensive determination of this case. Nothing could be further from the truth. First, as explained above, the just result is to permit relevant SSI which probes the fairness of Delta's injurious conduct and its resultant emotional effect on Mr. Bandary. Second, nothing about what Delta proposes expedites the trial. We already have agreed on a stipulation that Mr. Grotch indicated he would sign as soon as the court denies Delta's motion. If the*

*Court enters that stipulation as an order, the parties will be able to present their cases to the jury in full with any admonishments required by that stipulation. Third, the inclusion of protocols and procedures that constitute SSI does not make litigation more expensive. In fact, the exclusion of this relevant evidence makes litigation expensive since this matter would be appealed to the 9th Circuit, and cert sought beyond if necessary. The whole area of emotional distress damage under the Montreal Convention is ripe for Supreme Court review in light of the differential treatment of those damages from circuit to circuit.*

*G. Attorney Grotch is collaterally estopped from taking the instant position based on his representation to another federal court in defense of Southwest Airlines*

*Mr. Grotch is collaterally estopped from taking the instant position based on his use of procedures and protocols, and the federal government's regulation of SSI to get a federal court to assert jurisdiction over a controversy. In, Ilczyszyn v. Southwest Airline Co., Delta's instant legal team argued that the TSA's regulation of the airlines necessitated the N.D. Cal's assertion of jurisdiction over the controversy. (N.D. Cal, Sept. 1, 2015) 2015 WL 5157372, at 2. In that case, Mr. Grotch sought to assert the TSA regulations as a defense, while here, he seeks to have those regulations and airline protocols excluded. (See id.) ("Indeed, federal regulations alluded to by Defendants here are in the nature of a defense rather than being part of Plaintiffs' cause of action.").*

*All the above quotes in yellow, came from my EX-attorney Zein Obagi motion DKT 234 were to address JUST ONE of the THIRTEEN DELTA motions limine which stalled more than 7 years , that all and each of them was to exclude all the same facts and evidences from my jury trial to temper with my verdicts and with my Due Process , and this court allowed Delta , to file THIRTEEN TIMES, Each intended to strip me from defending and presenting my case to the jury and misguide justice.*

*, and as you see from the last Quote in Yellow by my Ex attorney Zein Obagi , THAT Delta Attorney was Collaterally stopped based on his use of procedures and protocols , and Zein Obagi said in another paragraph before , that it was unprecedented , and unheard that any federal court allowed a defendant as much as Delta was allowed to in this court to exclude all my evidences , witnesses and all facts to ambush me to go to a*

jury trial where I couldn't represent myself or defend my case as a victim and as a plaintiff , so far THIRTEEN Motions Limines by Delta , and two summary judgement motions

All ended to exclude all relevant, and all my claims and basically excluding me from being a human, this thirteen pages motion limine 444 requesting the court to exclude every right I have, the right to have witness, the right to have evidence, the right to defend myself in the court and in front of the jury, the right to have impartial judge , The right to have a fair trial, the right to speak / freedom of speech. And it is seeking to violate my amendment, constitutional rights and the due process clause, the right to have a verdict and fair trial.

Following are some, of what Delta Lawyer Richard Grotch included in his motion in limine 444, that he requested the court to exclude from my jury trial , they are all real evidences and facts and all in my favor and they represent my story and what happened to me , but Mr. Grotch have is doing it to harass me and to abuse my process. The following in red that what Delta is seeking to exclude from my coming jury trial, and below it my answers in black.

But one should take a note that always everything has to be in in the aggressor Delta favor, against the disabled Aids Patient 66 years old.

A-The prior 2021 trial of this case, including the verdicts and Judgement Those are very important evidence in my case, and they are in my favor that the jury believed in me two times and gave me two verdicts in one day $1.5M and $8.5M. And it was related to this case of my Delta Flight incident

B-Matters related to law enforcement and prosecution after the flight, including references to the FBI, U.S. Attorneys, the criminal trial and prosecution, Mr. Bandary's criminal defense attorneys, the money he spent on his criminal defense, etc.

*Proof of Service*

*I am Atef Bandary 66 years old Senior Egyptian American Citizen, I am disabled since 2004.*

*My home address as follows:*

*34480 Vaquero Road,*

*Cathedral City, CA 92234*

*Alprince557@hotmail.com*

*Tel 760-567-7388*

*I electronically filed the forgoing:*

**Case No.: 5:17-cv-1065-DSF-AS**

***NOTICE OF APPEAL TO JUDGE'S ORDER 487 DTD 8/29/24 Denying PLAINTIFF'S SECOND REQUEST TO DISQUALIFY JUDGE DALE S. FISCHER FOR PREJUDICE.***

*Service List*

*Richard G Grotch*

*rgrotch@jetstreamlegal.com*

*Jetstream Legal APC*

*80 Cabirllo Highway North , Suit Q-325*

Half Moon Bay, CA 94019

Tel 415-961-1691

Natasha Pardasani

VICTOR RANE

9350 Wilshire Blvd | Suite 308
Beverly Hills | CA | 90212
P: 310.388.4849 | D: 310.729.5637 | F: 310.388.4869

Richard Lazenby

Richard A. Lazenby
VICTOR RANE
9350 Wilshire Blvd | Suite 308
Beverly Hills | CA 90212
310.388.4849 (office) | 310.739.9241 (mobile)