Atef Bandary
34480 Vaquero Road
Cathedral City, Ca 92234
760-567-7388
Alprince557@hotmail.com

In Pro Per



FILED
CLERK, U.S. DISTRICT COURT
09/25/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Atef Bandary,

    Plaintiff,

vs.

Delta Air Lines, Inc., et al.,

    Defendants

) Case No.: 5:17-cv-1065-DSF-AS
)
) PLAINTIFF'S DECLARATION RE : :
) PLAINTIFF EX PARTE MOTION IN
) LIMINE REQUESTING THE COURT TO
) RECONSIDER REINSTATING IT'S ORDER
) 70 DATED 2/7/18 AND GRANTING THE
) PLAINTIFF THE MALICIOUS
) PROSECUTION AND PUNITIVE
) DAMAGES CLAIM
) ALSO, WITH REFERENCE TO COURT
) ORDER 153 DATED 3/5/19

---

I Plaintiff Atef Bandary Declare the follow under penalty of Perjury the following:

I am a Pro-Se Self Litigant.

I am 66 years old disable, and I am disable for 20 years and Aids patient for 28 years, with mental, physical, and emotional disability.

---

1. *I have personal knowledge of the facts set forth herein and if called to testify thereto, I*
2. *Swear* that *the forgoing is true to the best of my knowledge:*
3.
4. I met and Confer regarding this motion with Delta Attorney Richard Lazenby on
5. 9/12/24.
6. I had the judge permission to file this motion during my pretrial conference dated
7. 7/1/24.
8.
9. 9/25/2024                                   Respectfully Submitted

*[signature: Atef Bandary]*

Atef Bandary

28. ***Bleedings in this case are being filed by Pro Se Plaintiff, wherein bleedings.***

are not to be held to the same high standard of perfection as practicing lawyers. Haines v. Kerner 92 Sct 594, also see power 914 F2d 1459 (11th Cir 1990), also see Hulsey v. Ownes 63 F3d 354 (5th Cir 1995), also see In Re: Hall v. Bellmon 935 F.2d 1106 (10th Cir. 1991)."

It is held that a Pro Se "Aids Patient, disabled" pleading requires less strength reading than one drafted by a lawyer (Pucckett v. Cox 456 F2d 233 (1972 Sixth Circuit USCA). and, Justice Blackin, Conely v. Gibson, 355 U.S 41 at 48 (1957)

"The Federal Rules rejects the approach that bleeding is not a game of skill in which one misstep by counsel may deceive to the outcome and accept the principle that the purpose of bleeding is to facilitate a proper decision on the merits. "According to rule 8 (f) FRCP that all proceeding shall be construe to do substantial justice."