FILED

OCT 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ATEF BANDARY,<br><br>　　Plaintiff - Appellant,<br><br>v.<br><br>DELTA AIR LINES, INC., a corporation,<br><br>　　Defendant - Appellee. | No. 24-5808<br><br>D.C. No. 5:17-cv-01065-DSF-AS<br>Central District of California, Riverside<br><br>ORDER |

Before: W. FLETCHER, BERZON, and RAWLINSON, Circuit Judges.

　　A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291. Consequently, this appeal is dismissed for lack of jurisdiction.

　　All pending motions are denied as moot.

　　**DISMISSED.**