JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ATEF BANDARY,<br>    Plaintiff,<br><br>    v.<br><br>DELTA AIR LINES, INC.,<br>    Defendant. | 5:17-cv-1065-DSF-ASx<br><br>JUDGMENT |

The Court having granted Defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice. Costs to be borne by the respective parties.

Date:  November 4, 2024

_____
Dale S. Fischer
United States District Judge