UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. ATEF BANDARY,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DELTA AIR LINES, INC., a corporation,<br><br>　　　　Defendant - Appellee. | No. 24-5808<br><br>D.C. No.<br>5:17-cv-01065-DSF-AS<br><br>Central District of California, Riverside<br><br>MANDATE |

The judgment of this Court, entered October 25, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT