UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. ATEF BANDARY,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>DELTA AIR LINES, INC.,<br><br>      Defendant - Appellee. | No. 24-7204<br><br>D.C. No.<br>5:17-cv-01065-DSF-AS<br>Central District of California,<br>Riverside<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    Appellant's unopposed motion (Docket Entry No. 40) to authorize law student practice under Circuit Rule 46-4 is granted. Georgetown law student Lucas Benjamin may participate in this appeal.

    The existing briefing schedule remains in effect.